IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | CR 23-67-GF-BMM |
|---|---|
| Plaintiff, | |
| vs. | |
| PAUL ANDREW VIELLE, | ORDER |
| Defendant | |

Upon motion of the United States and for good cause shown,

IT IS ORDERED that the indictment is dismissed against Paul Andrew Vielle.

DATED this 2nd day of October 2023.

_____
Brian Morris, Chief District Judge
United States District Court